JPME

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JAN 22 AM 10: 52

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Roberto Calderon ARAIZA,** Defendant | Magistrate Docket No. '08 MJ 0173 <br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **January 19, 2008,** within the Southern District of California, defendant, **Roberto Calderon ARAIZA,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **22nd** DAY OF **JANUARY, 2008.**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Roberto Calderon ARAIZA**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 19, 2008, Border Patrol Agent E. Mendoza was performing line watch duties in an area known as "Smugglers Canyon". At approximately 9:20 A.M. while conducting transportation duties Agent Mendoza responded to a sensor activation near that area. "Smugglers Canyon" is approximately 3 miles west of the San Ysidro, California Port of Entry and adjacent to the International Boundary Fence between the United States and Mexico. Illegal aliens trying to further their illegal entry into the United States commonly use this area. At approximately 9:30 A.M., Agent Mendoza arrived north of "Smugglers Canyon" and encountered 12 individuals running north across Monument Road.

Senior Border Patrol Agent J. Murphy arrived on scene and both Agents conducted a search of the area. Agents Mendoza and Murphy were able to find the individuals concealing themselves in some dense brush. Agent Mendoza immediately identified himself as a United States Border Patrol Agent and questioned the individuals as to their citizenship and nationality. All of the individuals, including one later identified as the defendant Roberto Calderon ARAIZA, freely admitted to being citizens and nationals of Mexico and in the United States illegally without any proper immigration documents. The individuals were arrested and transported to the Imperial Beach Border Patrol station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **January 04, 2008,** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted to being a citizen and national of Mexico who has been ordered removed from the United States by an immigration judge and has not asked for permission to enter into the United States after being removed. The defendant stated that he wanted to go to Los Angeles, California.

**Executed on January 20, 2008 at 10:00 a.m.**

Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **two** page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **January 19, 2008,** in violation of Title **8**, United States Code, Section **1326**.

Jan M. Adler
United States Magistrate Judge

1/20/08 @ 10:26 a.m.
Date/Time